UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL SITE SERVICES, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 4:08-CV-530 (CEJ) <br> ) <br> ) <br> ) <br> ) |

## AMENDED JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment is entered in favor of plaintiffs and against defendant General Site Services, LLC, in the amount of $83,564.71 for delinquent contributions; $26,747.13 for liquidated damages; $4,538.75 for interest for the period of January 1, 2006 through December 31, 2008; $1,535.00 for accounting fees; and $2,946.56 for attorney's fees and costs. The total amount of the judgment is $119,332.15.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 14th day of March, 2011.